# Edward D. Fagan
c/o 10 Ferncliff Terrace, Short Hills, NJ 07078
Tel. (917) 239-4989 & Court Email Address: faganinternational@gmail.com

March 2, 2009

Honorable Edward R. Korman USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 30 2009 ★
BROOKLYN OFFICE

KORMAN, J.

CV 09 3215

Re: *Friedman et al v UBS et al* 96-cv-4849 (ERK)(J)
*Meili v Union Bank of Switzerland* 100630/98

Honorable Judge Korman:

As per my conversation of last week with Your Honor's clerk, Ms. Paula Marie Susi, I submit this letter as a brief response to the Court's inquiry dated January 26, 2009.

With regard to the issue of my entitlement to and the amount of my fees and expense reimbursement, I respectfully submit that Your Honor convene a Conference at the Court's earliest convenience to address this matter further.

As the Court should recall, y entitlement to and amount of fees and expense reimbursement was the subject of multiple Declarations, extensive Motion practice, conferences and negotiations from March 2002 to December 2002. Burt Neuborne was involved, as was Your Honor. The itemization of expenses incurred and for which I requested reimbursement were part of those extensive negotiations and discussions with Mr. Neuborne and Your Honor. In the end, I agreed to a compromised and agreed reduction in the amount of my fees and expense reimbursement.

The agreement reached included, among other things, (i) my specific consent to formally waive my lien and entitlement to the $250,000 fee in the Meili Case, (ii) my specific consent not to challenge the negotiated award and amount of fees and expense reimbursement and (iii) the Court's consent to support $ 400,000 + to be paid (from my fee entitlement and application) to certain of the Holocaust victims who helped advance the case for the benefit of the victim class.

As the Court also knows, and was described in the December 2008 correspondence received from Your Honor, in early 2006 Mr. Neuborne and the Court were involved with the transfer and taking of my files. The records related to the entitlement to, amount of and negotiated agreements related to my fees and expenses were and should have been in those records.

Before the Court decides to take any further action in this regard, I urge the Court to convene the requested Conference at its earliest convenience to address issues related to my entitlement and the amount of my fees and expense reimbursements and the 2002 negotiated agreements.

Respectfully submitted,

*[signature]*
Edward D. Fagan

Cc: Burt Neuborne