**New York University**
*A private university in the public service*

School of Law

40 Washington Square South, Room 307
New York, New York 10012-1099
Telephone: (212) 998-6172
Fax: (212) 995-4341
Email: burt.neuborne@nyu.edu

**Burt Neuborne**
*Inez Milholland Professor of Civil Liberties*
*Legal Director, Brennan Center for Justice*

Dft
09cv3215

December 15, 2008

Edward Fagan
5 Penn Plaza, 23rd floor
New York, New York 10001

Dear Ed:

I was sorry to read about your troubles. I hope that things improve for you.

I wanted to let you know that your files are in storage at Clancy-Cullen Moving and Storage Company, 2339 Cross Bronx Expressway, Bronx, New York 10462. As you recall, I had them transferred and held on your behalf. We have incurred about $4,200 in moving and storage expenses, which the Swiss bank class has paid. I enclose copies of the invoices. I hope that you are in a position to reimburse the class now, or at some point in the future.

I have informed the storage company that the Swiss bank class can no longer defray the storage expenses. I assume that the company will be contacting you directly.

Sincerely yours,

s/ BURT NEUBORNE

Burt Neuborne

cc: Judge Edward Korman