*Det*

*09 C v 3215*



**Re: Holocaust Victims Asset Litigation, 96-cv-4849**
Edward Fagan   to: Andrew_Levine

06/24/2009 02:15 PM

Thank you

On Wed, Jun 24, 2009 at 2:14 PM, <Andrew_Levine@nyed.uscourts.gov> wrote:
Dear Mr. Fagan,

As stated in Judge Korman's letter, you have thirty days from June 18th to
respond.  No extension is necessary.

Regards,
Andrew


From:      Edward Fagan <faganinternational@gmail.com>

To:        Andrew_Levine@nyed.uscourts.gov

Date:      06/24/2009 07:48 AM

Subject:   Re: Holocaust Victims Asset Litigation, 96-cv-4849




Dear Mr. Levine:

I was out of the country from June 18 until late last night.

I have a copy of Judge Korman's letter.

It is my intention to respond and I respectfully trust that Judge Korman
will give me until July 9th by which to respond.

Would you please confirm this extension with Judge Korman and inform me by
return mail?

Thank you.

Ed Fagan

On Thu, Jun 18, 2009 at 12:27 PM, <Andrew_Levine@nyed.uscourts.gov> wrote:

Attached is a letter from Judge Korman.
(See attached file: 6-18-09 ltr to Fagan.pdf)