

ORIGINAL

Gizella Weisshaus
203 Wilson Street
Brooklyn NY 11211

Tel: 718.387.0026
Fax: 718.387.6370
Email: gweisshaus@atruevictim.com
Website: atruevictim.com

**Feburary 20, 2011**

To: Honorable Edward R. Korman, USDJ-Senior
United States Court House EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Swiss Holocaust matters – 09-civ-3215 (ERK)

Dear Senior Judge Korman

I wrote to the Court on November 15, 2010 and requested leave to intervene in the action of **09-civ-3215** for the documents. So far, I have yet to receive a response from the Court or an objection from Mr. Fagan.

I renew my request and ask the Court to consider this in place of a motion.

As the Court and the parties are well aware, I have a direct interest in safeguarding the "documents" in the above captioned matter as they directly pertain to me. My cause of action is what gave rise to challenge the Swiss Banks for release of bank accounts of holocaust survivors and victims'. Currently now before the Court, is an unresolved issue of handling the documents relating to the holocaust that my former attorney Edward D. Fagan left behind. The Court is considering and weighing its options on the recommendations of Professor Burt Neuborne to dispose of them. Therefore, I request leave to intervene for the authority to preserve these documents for future generations. Understanding, the Court may prescribe the handling and preservation of these documents for history.

From public records, it is revealed that Mr. Fagan abandoned these documents sometime in 2005, during his NJ ethics proceeding. The evidence shows:

1. As early as April 2006, Mr. Fagan knew about these documents and did not take any required action. *See Dck #8, page 4.*
2. As early as October 2008, Mr. Fagan sued for the taking of these documents but did not request its return. *See NJ 08-civ-5111 (SDW) Fagan vs. State of New Jersey.*
3. As early as May 2006, the State of New Jersey entered into the record the discovery of these documents. *Exhibits R-17 through R-31, In the matter of Edward D. Fagan an attorney at law.*

RECEIVED
FEB 22 2011
PRO SE OFFICE

    4. As early as May 2005, Mr. Fagan had abandoned these documents according to the Office of Attorney Ethics. *See Decision In the matter of Edward D. Fagan an attorney at law decided January 19, 2009 page 86.*

The process over managing these documents, are ongoing since its discovery in 2006. Mr. Fagan has argued that they were seized without permission but this Court and NJ Supreme Court accepted that no one took these documents. Instead, he had purposely left them behind. *See Dck # 14, pages 3-4.*

Since the Court and the restitution fund have now reached a point where storing the documents at their cost are no longer an option, where disposal of them is an option, I make this timely request In accordance with FRCP Rule 24(a) (2), to prevent the destruction of these documents.

In considering a motion to intervene, one must provide, (I) an interest in the transaction or property in subject (II) if intervention will be prejudicial against the parties, (III) denial of the motion would be prejudicial against the intervener, (IV) neither party adequately represents that interest, and (V) granting the motion would not present a waste of judicial resources.

As described, my intervention will not present any prejudice against Mr. Fagan since it is well established that he abandonment the documents and so far done nothing to retrieve them. In fact, my intervention includes considering to payoff outstanding storage costs; reimburse the Court some of the storage costs and bring a solution to this issue.

My interest in these documents arises from four factors. (I) I paid for the advertisement and collection of the petitions. (II) My family and I worked, "receiving no compensation" to collect, docket, and file all petitions in the office of Mr. Fagan. (III) I have become a center point to whom betrayed clients of Mr. Fagan turn to for emotional support and information. In addition, (IV) upon information and belief, these documents contain valuable information for genealogy research aside from holocaust claims.

There is no question: that my family and I worked in the office of Mr. Fagan from the start of the Swiss litigation until 1998. My duties included docketing and filing all petitions, answering phone calls, and facilitating other needs as well. (My skills were very valuable to Mr. Fagan since I speak and read Yiddish, English, Romanian, Hungarian, and German fluently). As proof, I still have 120 original petitions that were not filed with Mr. Fagan because our trust-communication had then visibly collapsed. (See attached samples of letters and petitions received)

Finally, many clients of Mr. Fagan who won judgments against him still contact me on a regular basis seeking information and support. While they know Mr. Fagan has no intention to make good on these judgments, the only relief they can receive is answers to their cases. That is why I propose that the documents of former clients, other than holocaust claims related, to be return to the rightful persons.

The overall act of leaving documents behind with the intent to destroy evidence shows the value these documents contain, and preserving them is critical. Even if these documents are not adequately necessary for current or future claimants for restitution, these documents clearly contain historical information of holocaust survivors noting the names and towns/villages his or hers from where family members vanished in the tragedy of the holocaust. Such information is necessary to be preserved for future generations and genealogy purposes.

In conclusion, I request the Court to grant me leave to intervene for the documents in question. **If this proposal is not effectible, I request that the Court set the parameters upon how I may intervene for safeguarding these documents** and for the Court to offer a memorandum with orders.

At the same time, I would like to thank and appreciate the Honorable Court, Professor Neuborne, and Clancy-Cullen for protecting and preserving these documents from destruction.

Respectfully submitted,

Gizella Weisshaus,
203 Wilson Street,
Brooklyn NY, 11211

Cc: Professor Neuborne via email
Edward D. Fagan via certified mail to last known address as listed on the docket

PRELIMINARY QUESTIONNAIRE FOR HOLOCAUST SURVIVORS/HEIRS CLAIMS VS SWISS BANKS & OTHERS

Note: This questionnaire is being sent to you at your specific request so you can complete and return it to be among members of the Class Action entitled *Gizella Weisshaus on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors; similarly situated as victims and survivors of the Nazi Holocaust Plaintiffs v. Union Bank of Switzerland, Swiss Bank Corporation, Swiss Bank Corporation a/k/a Swiss National Bank, Banking Institutions # 1 - 100 and John Does #1 -100*, 96 CIV 4849 (Bartels, J). BY SIGNING AND RETURNING THIS QUESTIONNAIRE, YOU CONFIRM YOUR DESIRE TO BE INCLUDED AS CLASS MEMBERS AND TO HAVE YOUR INTERESTS REPRESENTED BY FAGAN & ASSOCIATES (Lead Counsel) and other plaintiffs' counsel. LEGAL FEES SHALL BE DETERMINED BY THE COURT AT THE CONCLUSION OF THE CASE.

*THIS SIDE IS FOR PERSONS MAKING CLAIMS FOR BANK ACCOUNTS*

Current Name: HERMAN WINKLER Name (in Europe): HERMAN WINKLER

Current Address: 1026 - 55 ST. BROOKLYN N.Y. 11219

Current Tel. #: 718-438-3663 Fax #:

Father's Name: ELEMER Mother's Name: ROSA

Brothers' Names: (If Alive Please Include Present Address & Phone Numbers)

JOSEPH - BENJAMIN - DAVID - JACOB - JENO

Sisters' Names: (If Alive Please Include Present Address & Phone Numbers)

MIRIAM - BELA - SERENA - IRENE -

HEDY 1271 - 55 ST. BROOKLYN N.Y. 11219

Names - Maternal Relatives with relationship (use extra sheets if needed):

Names - Paternal Relatives with relationship (use extra sheets if needed):

Villages/Cities Family Was From in Europe:

DERECHKE, HUNGARY

Ghettos/Concentration Camps Interned in and the Periods of Internment:

MUNKATABOR 10/5/42 THRU 10/1945

Concentration Camp Numbers for you and all living relatives: (Include each persons name with the number only - if you know the information)

NONE

Red Cross and/or Refugee Card Numbers for you and all living relatives: (Include each persons name with the number - only if you know the information)

LOST.

Families Occupation in Europe: DOWN QUILTING WHOLESALE - RETAIL

How do you know or why do you believe Monies Were Put Into Swiss Banks:

I WAS TOLD BY MY FATHER

Efforts previously taken to get back monies from Swiss Banks or the Ombudsman's Office:

WENT TO SEARCH AFTER THE WAR

*(Describe on separate paper and attach copies of documents used in attempts to get monies)*

How much money you believe was deposited into Banks, by which relatives & in which Banks?

30,000 - FATHER - SWISS BANK

Do you have photographs showing Family members, other persons (who later survived) and Home taken before internment? NO If so, may we have copies for our files?

Your Present Age and are you in good health?

Signed: Herman Winkler Dated: 4/30/98

**HERMAN WINKLER**
1026 – 55th STREET
BROOKLYN, N.Y. 11219

BROOKLYN NY
PM
1998

USA 32

To Mrs

GIZELLA WEISHAUS
203-WILSON STR
BROOKLYN. N.Y. 11211

11211/7206

בס״ד אור ליום ה' [illegible] תשנ״ח לפ״ק פה ברוקלין יע״א

לכבוד מרת וויסהויז תחי׳

אנבייגעבויגן שיק איך אייך וואס [illegible] האט מיר געשיקט [illegible]

געלט פון די האלאקאוסט [illegible] צו עס וועט זיין [illegible]

איך וואונטש אייך גרויס הצלחה געזונט און נחת און אריכת ימים [illegible]

און [illegible] פון [illegible] ווינקלער

[illegible]

Re: Swiss Holocaust matters - 09-civ-3215 (ERK)

Exhibit 2 of 13

ב"ה

418 Glengrove Avenue West
Toronto, Ontario
Canada
M5N 1X2

March 21, 1997

Mrs. G. Weishauss תח'
Fagan and Assoc.
26 Broadway
21st floor
New York, New York 10004
U.S.A.

Dear Mrs. Weishauss:

What a small world that I got to know you!

I am enclosing a copy of my story, which appears in a book called "Pens of Many Colours." Of course this is only in a nutshell. Since you were also in the camp, you can imagine that my story is very special and so is the story of the other six women.

Years ago a Hungarian filmmaker came here from Budapest. She put an ad in the Hungarian newspaper looking for Miriam Schwarcz from Komarom who brought a baby home from Kauffering.

Our cousin who saw the ad wrote to us, so the filmmaker found me and I helped her to find the other women. She wanted to make the movie. I think she had financial difficulty with it and nothing happened.

I am still in touch with the remaining women. One passed away a few years ago.

I speak to Suri in Williamsburg sometimes. She is not willing to talk about her experience.

I made a video for Spielberg's Shoah project and I tried to convince Suri to do it too but she declined.

About three months ago I submitted my application to Fagan and Associates.

My son does not receive anything from the Germans.

Keep up your good work, Mrs. Weishauss. Maybe one of these days I will meet you in person. Until then all the very best to you and your family, and a Koshern Pesach.

Yours very truly,

Mr s



ROSENTHAL
418 GLENGROVE AVE W
TORONTO ONT
CANADA
CANADA
005.85
TORONTO ON
MRS. G. WEISHAUSS
c/o FAGAN & ASSOC.
26 BROADWAY
21ST FLOOR
NEW YORK, NEW YORK 10004
U.S.A.
AIR MAIL
SECURITY REGISTERED
R
SÉCURITÉ RECOMMANDÉ
Rosenthal Miriam
418 Glengrove Av W
Toronto 416 7818261 Bus: 416 7825725

1 #1

AD to My COMPLAIN
MAY 13. 1997

Frances & Simon Ryger
128-14 Cronstone Ave
Belle Harbor, NY 11694-1527

TO. FAGAN ASSOCIATES ATTORNEYS
CONSULAR LAW.
26 BROADWAY 21ST FLOOR
NEW YORK. N.Y. 10004
Att MRS. WEISHAUSS.

I SHULD ADET TO PREVIOS APLICATION! MY NAME BEFOU THE WAR WAS SZYMON KRYGER - MY FATHER NAME JANKEL KRYGER MY MOTHE TOBY KRYGER MAIDEN NAM NATAN: MY BROTER ICCHAK KRYGER - SZOEL KRYGER HERSZ-MAJER KRYGER ALL WAS MERDERET IN CONCETRATION CHELMNO BY GERMANY NAZI - THE TOOK OF EVERETHING GOLD DIAMONDS MONY HOLAND GOLD GULDEN'S. GOLD I REMEMBER THE GOT A LOT PIECES 1/2 1 1/2 - 2 - 5 MANY FROM EACH ONE MY FATHER (THE) HIS PRESENT WEN HE GOT ENGAGT 1893. ONE PACKET WACH WIT LONG CHANE MY MOTHER GOT WEN WEN SHE WAS ENGECT ON HER GOLDEN RING AND BIUTEFULL DIAMOND MY MOTHER GOLDEN HAND WACH. AND NECK LACE (GOLDEN CHAIN.) MY GRAND MOTHER [illegible] NATAN LEFT HER TOGHTER WAS MY MOTHER. SHE GIVE MY MOTHER A LOT OF RUSSIAN GOLD RUBEL'S MY GRAND FATHER WAS A HOLSALE BUCHER HE HAD CONTRACT WITH POLISH GOVERNAMENT TO DELIVER MEAT. IN LOWICZ POLAN THE WAS TWO REGAMENTS! HIS NAME WA SZOEL NATHAN I BELIVE AS I WAS VERY YOUNG THAT THE WAS TOKEN ABOUT SWITZELAND BANKS

Exhibit 5 of 13

#2 MY GRAND FATHER WAS VERY RICH HE HAS BIG HOUSE IN LOWICZ 15 NOWY RYNEK ! OLSO UL. ZDUNSKA VERY BIG BUILDING. THE WAS MORDERET BY THE GERMANY NAZI — I KNOW A LOTT MORE ONLY CAN NOT REMEMBE ! THIS FROM MY MOTHER FAMILY: MAY FATHER FAMILY GRAND FATHER-NAME HERSZ MAJER KRYGER- MY GRAND MOTHER FRYMET KRYGER MAIDEN NAME SHAJBE MY GRAND FATHER HERSZ-MAJER WAS IN OZORKOW POLAND A BUCHER HE OWNS 2 BULDINGS 37-39 PILSUDSKEGO [illegible] OZORKOW THE MORDERER GERMANY RABED. OF EVERY [illegible] THE HALE LIVE WORKET THE [illegible] OFF RINGS WATCHES RU[illegible] GOLD RUBELS POLISH GOLD ZLOT[illegible] MARKS GOLD THE RUSS[illegible] THE [illegible] VELT KNOWS BETTER I AM SHURE THAT GOT MONY AND GOLD IN SWIS BANK. THE BANDITS GERMANS ! S.S. "CRIPO" GESTAPO" LODZ GETTO. THE RORBT EVRY DAY. I HOPE [illegible] THIS GONE HELP YOU

GOT BLESS YOU

Igot Look

SIMON RYGER

128-14 CROSTON AVE

BELLE HARBOR N.Y 11694

TEL 718-634-3808

FAX 718-474-4116

MRS. FRANCES RYGER
MR. SIMON RYGER
128-14 CRONSTON AVENUE
BELLE HARBOR, NY 11694

FAGAN & ASSOCIATES
ATTORNEYS AND COUNSELLORS AT LAW
26 BROADWAY 21 FLOOR
NEW YORK - NEW YORK 10004

Att:
MRS: WEISHAUS

10004/1703 26

PRELIMINARY QUESTIONNAIRE FOR HOLOCAUST SURVIVORS/HEIRS CLAIMS VS SWISS BANKS & OTHERS /50

Note: This questionnaire is being sent to you at your specific request so you can complete and return it to be among members of the Class Action entitled *Gizella Weisshaus on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust Plaintiffs v. Union Bank Of Switzerland, Swiss Bank Corporation, Swiss Bank Corporation a/k/a Swiss National Bank, Banking Institutions # 1 - 100 and John Does #1 -100*, 96 CIV 4849 (Bartels, J). BY SIGNING AND RETURNING THIS QUESTIONNAIRE, YOU CONFIRM YOUR DESIRE TO BE INCLUDED AS CLASS MEMBERS AND TO HAVE YOUR INTERESTS REPRESENTED BY FAGAN & ASSOCIATES (Lead Counsel) and other plaintiffs' counsel. LEGAL FEES SHALL BE DETERMINED BY THE COURT AT THE CONCLUSION OF THE CASE.

*THIS SIDE IS FOR PERSONS MAKING CLAIMS FOR PROPERTY TAKEN*

Current Name: SIDNEY MARKOVITS Name (in Europe): Zoltan MARKOVITS

Current Address: 562 BEDFORD Avenue

Current Tel. #: (718) 387-2483 Fax #:

Father's Name: MARTIN Mother's Name: FANNIE

Brothers' Names: (If Alive Please Include Present Address & Phone Numbers)

Sisters' Names: (If Alive Please Include Present Address & Phone Numbers)

Names - Maternal Relatives with relationship (use extra sheets if needed):

Names - Paternal Relatives with relationship (use extra sheets if needed):

Villages/Cities Family Was From in Europe: RACHOV - CHEchezlevokiA

Ghettos/Concentration Camps Interned in and the Periods of Internment: MAUTHAUSSEN - GUNZKirchen

Concentration Camp Numbers for you and all living relatives: (Include each persons name with the number - only if known to you)

Red Cross and/or Refugee Card Numbers for you and all living relatives: (Include each persons name with the number - only if known to you)

Families Occupation in Europe: PHOTOGRAPHY - FABRIC - TEXTILE

How do you know/why do you believe Property/Jewelry/Assets/Art Was Taken From Your Family: When we were taken to concentration camp all belongings - jewlery - + Assets were left behind never to be found again

Efforts previously taken to track down Property/Jewelry/Assets/Art Taken From Your Family: We returned to the house but nothing was found.

*(Describe on separate paper and attach copies of documents used in attempts to get monies)*

How much Property/Jewelry/Assets/Art you believe was taken From Your Family, When & Where? ALL documents were taken away. There were alot of assets

Do you have photographs showing the Property/Jewelry/Assets/Art of your Family or in your Home before internment? NO (If so, will send copies of the photographs for use at a later date?) Your Present Age and are you in good health? 75 - diabetic

Signed: [signature] Dated: June 15, 1997

PRELIMINARY QUESTIONNAIRE FOR HOLOCAUST SURVIVORS/HEIRS CLAIMS vs SWISS BANKS & OTHERS

Note: This questionnaire is being sent to you at your specific request so you can complete and return it to be among members of the Class Action entitled _Gizella Weisshaus on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust Plaintiffs v. Union Bank of Switzerland, Swiss Bank Corporation, Swiss Bank Corporation a/k/a Swiss National Bank, Banking Institutions # 1 - 100 and John Doe's #1 -100_, 96 CIV 4849 (Bartels, J). BY SIGNING AND RETURNING THIS QUESTIONNAIRE, YOU CONFIRM YOUR DESIRE TO BE INCLUDED AS CLASS MEMBERS AND TO HAVE YOUR INTERESTS REPRESENTED BY FAGAN & ASSOCIATES (Lead Counsel) and other plaintiffs' counsel. LEGAL FEES SHALL BE DETERMINED BY THE COURT AT THE CONCLUSION OF THE CASE.

*THIS SIDE IS FOR PERSONS MAKING CLAIMS FOR BANK ACCOUNTS*

Current Name: SIDNEY MARKOVITS Name (in Europe): Zoltan MARKOVITS

Current Address: 562 BEDFORD Avenue

Current Tel. #: (718) ~~[illegible]~~ - 387-2483. Fax #:

Father's Name: MARTIN Mother's Name: FANNIE

Brothers' Names: (If Alive Please Include Present Address & Phone Numbers)

Sisters' Names: (If Alive Please Include Present Address & Phone Numbers)

Names - Maternal Relatives with relationship (use extra sheets if needed):

Names - Paternal Relatives with relationship (use extra sheets if needed):

Villages/Cities Family Was From in Europe: RACHOV - CHEchezlovokiA

Ghettos/Concentration Camps Interned in and the Periods of Internment: MAUTHAUSSEN - GUNZKIRchen

Concentration Camp Numbers for you and all living relatives: (Include each persons name with the number only - if you know the information) NONE

Red Cross and/or Refugee Card Numbers for you and all living relatives: (Include each persons name with the number - only if you know the information) NONe

Families Occupation in Europe: Photography - texTILE Business

How do you know or why do you believe Monies Were Put Into Swiss Banks: There was someone in the family that took the money to Swiss bank.

Efforts previously taken to get back monies from Swiss Banks or the Ombudsman's Office: No efforts were taken for reason of not knowing how to contact the bank.

*(Describe on separate paper and attach copies of documents used in attempts to get monies)*

How much money you believe was deposited into Banks, by which relatives & in which Banks? It is believed there was quite alot, but the amount IS NOT Known

Do you have photographs showing Family members, other persons (who later survived) and Home taken before internment? no If so, may we have copies for our files?

Your Present Age and are you in good health? 75 - diabetic

Re: Swiss Holocaust matters - 09-civ-3215 (ERK)

Signed: [signature] Dated: JUNE 15, 1997

Exhibit 9 of 13

...LIMINARY QUESTIONNAIRE FOR HOLOCAUST SURVIVORS/HEIRS CLAIMS vs SWISS BANKS & OTHERS

Note: This questionnaire is being sent to you at your specific request so you can complete and return it to be among members of the Class Action entitled Gizella Weisshaus on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust Plaintiffs v. Union Bank of Switzerland, Swiss Bank Corporation, Swiss Bank Corporation a/k/a Swiss National Bank, Banking Institutions # 1 - 100 and John Does #1 -100, 96 CIV 4849 (Bartels, J). BY SIGNING AND RETURNING THIS QUESTIONNAIRE, YOU CONFIRM YOUR DESIRE TO BE INCLUDED AS CLASS MEMBERS AND TO HAVE YOUR INTERESTS REPRESENTED BY FAGAN & ASSOCIATES (Lead Counsel) and other plaintiffs' counsel. LEGAL FEES SHALL BE DETERMINED BY THE COURT AT THE CONCLUSION OF THE CASE.

*THIS SIDE IS FOR PERSONS MAKING CLAIMS FOR PROPERTY TAKEN*

Current Name: SIDNEY MARKOVITS Name (in Europe): ______

Current Address: 562 Bedford Avenue

Current Tel. #: 1-718-387-2483 Fax #: ______

Father's Name: MARTIN MARKOVITS Mother's Name: FAIGY MARKOVITS

Brothers' Names: (If Alive Please Include Present Address & Phone Numbers)

NONE

Sisters' Names: (If Alive Please Include Present Address & Phone Numbers)

SARAH MARKOVITS

Names - Maternal Relatives with relationship (use extra sheets if needed):

| Name | Relationship |
|---|---|
| GETZEL Appel | UNCLE |
| ETTEL Appel | GRANDMOTHER |

Names - Paternal Relatives with relationship (use extra sheets if needed):

| Name | Relationship |
|---|---|
| ZALMAN KATZ | UNCLE |
| FRAIDY BISTRICER | COUSIN |
| SHAYOWITZ PEPI | AUNT |

Villages/Cities Family Was From in Europe: Rechov.

Ghettos/Concentration Camps Interned in and the Periods of Internment: 1943-44 - HUNGARY 1944-BRUCK IN THE LITA-44-MAUTHAUSEN - 45-GUNZKIRCHEN

Concentration Camp Numbers for you and all living relatives: (Include each persons name with the number - only if known to you) NO NUMBERS

Red Cross and/or Refugee Card Numbers for you and all living relatives: (Include each persons name with the number - only if known to you) NO NUMBERS

Families Occupation in Europe: TEXTILE SHOP

How do you know/why do you believe Property/Jewelry/Assets/Art Was Taken From Your Family: Owned a house in Rechov & owned jewlery & assets AND ALL WAS TAKEN when went to concentration camp

Efforts previously taken to track down Property/Jewelry/Assets/Art Taken From Your Family: Never Attempted

*(Describe on separate paper and attach copies of documents used in attempts to get monies)*

How much Property/Jewelry/Assets/Art you believe was taken From Your Family, When & Where? owned House - A LOT of jewlery & Assets taken IN 1945 - Rechov

Do you have photographs showing the Property/Jewelry/Assets/Art of your Family or in your Home before internment? NO (If so, will send copies of the photographs for use at a later date?) ______ Your Present Age and are you in good health? 76 - DIABETIC - High pressure -

Re: Swiss Holocaust matters - 09-civ-3215 (ERK)

Signed: [signature] Dated: Sept 11 1998

Exhibit 10 of 13

PRELIMINARY QUESTIONNAIRE FOR HOLOCAUST SURVIVORS/HEIRS CLAIMS vs SWISS BANKS & OTHERS

Note: This questionnaire is being sent to you at your specific request, so you can complete and return it to be among members of the Class Action entitled *Gizella Weisshaus on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors; similarly situated as victims and survivors of the Nazi Holocaust Plaintiffs v. Union Bank Of Switzerland, Swiss Bank Corporation, Swiss Bank Corporation a/k/a Swiss National Bank, Banking Institutions # 1 - 100 and John Does #1 -100, 96 CIV 4849 (Bartels, J)*. BY SIGNING AND RETURNING THIS QUESTIONNAIRE, YOU CONFIRM YOUR DESIRE TO BE INCLUDED AS CLASS MEMBERS AND TO HAVE YOUR INTERESTS REPRESENTED BY FAGAN & ASSOCIATES (Lead Counsel) and other plaintiffs' counsel. LEGAL FEES SHALL BE DETERMINED BY THE COURT AT THE CONCLUSION OF THE CASE.

95

*THIS SIDE IS FOR PERSONS MAKING CLAIMS FOR BANK ACCOUNTS*

Current Name: Violet Jalik  Name (in Europe): Ibolja Adolfouna Ne Mermelstein

Current Address: 1188 Grand Concourse, Bronx, New York 10456 Apt. P

Current Tel. #: 718-293-2019  Fax #:

Father's Name: Adolph Mermelstein  Mother's Name: Julia Daitch Mermelstein

Brothers' Names: (If Alive Please Include Present Address & Phone Numbers)

Sisters' Names: (If Alive Please Include Present Address & Phone Numbers)
Nicholas Marvan, 6 Davington CRt Wantirna-Vic 3152 Melboune, Aust
Bert Marvan deceased

Names - Maternal Relatives with relationship (use extra sheets if needed):

Names - Paternal Relatives with relationship (use extra sheets if needed):

Villages/Cities Family Was From in Europe: Mukacevo, Hungry

Ghettos/Concentration Camps Interned in and the Periods of Internment: I was hidden outside the camps in Hungary

Concentration Camp Numbers for you and all living relatives: (Include each persons name with the number only - if you know the information)

Red Cross and/or Refugee Card Numbers for you and all living relatives: (Include each persons name with the number - only if you know the information)

Families Occupation in Europe:

How do you know or why do you believe Monies Were Put Into Swiss Banks:

Efforts previously taken to get back monies from Swiss Banks or the Ombudsman's Office:
none

*(Describe on separate paper and attach copies of documents used in attempts to get monies)*

How much money you believe was deposited into Banks; by which relatives & in which Banks?
unknown

Do you have photographs showing family members, other persons (who later survived) and Home taken before internment? ______ If so, may we have copies for our files? ______

Your Present Age and are you in good health? 80 and in good health

Re: Swiss Holocaust matters / 09-civ-3215 (ERK)

Signed: Violet Jalik  Dated: 4/22/98

Exhibit 11 of 13



In May 1944 my parents and 2 brothers were taken away by the German & Hungarian soldiers. They were sent to Aushwitz. My parents both died at Aushwitz. My brother were released after the Russian soldiers liberated the camps.