To: The Honorable Judge Edward R. Korman, kindly enter this Legal Notice to the docket of 96-civ-4849 and 09-civ-3215 related to other filings in the above captioned cases.

To: Edward D. Fagan
Professor Burt Neuborne

Dear Mr. Fagan and Mr. Neuborne

On behalf of Clancy Cullen Moving & Storage Company, Inc., Gizella Weisshaus and myself:

PLEASE TAKE LEGAL NOTICE that the undersigned entered into the attached agreement to take possession of the Storage Lot #CS-225 at Clancy Cullen Moving & Storage Company, Inc., known to us as documents related to the Holocaust era claims abandoned by Edward D. Fagan, because Mr. Fagan and Mr. Burt Neuborne relinquished their responsibilities to make payment and abandoned their ownership; you have until December 31, 2011 to reclaim your ownership by making full payment 0f $4,000 to Clancy Cullen Moving Storage, your failure to do so will constitutes relinquishment of claims to Clancy Cullen and/or the Weisshaus' and relinquishes any claim of your ownership.

PLEASE TAKE FURTHER NOTICE, if you elect to reclaim your ownership you must do so in writing and submit it with a certified payment by money order or bank check addressed and mailed to Clancy Cullen Moving & Storage Company, Inc., 310 Tiffany Street, Bronx NY, 10474 on or before December 31, 2011. Your failure to do so will constitute relinquishment of claims to Clancy Cullen and/or the Weisshaus' and relinquishes any claim of your ownership of these documents.

PLEASE TAKE FURTHER NOTICE, if you elect to reclaim your ownership you must do so in writing and also submit a courtesy copy of your reclaiming ownership to addressed and mailed to Yoel Weisshaus, 516 River Road 6, New Milford NJ, 07646 on or before December 31, 2011; your failure to do so will constitute relinquishment of any and all claims to the documents stored at Clancy Cullen Moving & Storage, Inc.

Respectfully Submitted,

Yoel Weisshaus
516 River Road 6
New Milford NJ, 07646

Dated: December 1, 2011

RECEIVED DEC - 1 2011 PRO SE OFFICE

# CLANCY-CULLEN

### MOVING & STORAGE COMPANY, INC.

November 30, 2011

To: Yoel Weisshaus and Gizella Weisshaus
From: Daniel Clancy

To whom this may concern,

By this memo, Clancy-Cullen Moving & Storage agrees to turn over storage lot # CS-225 (Swiss Holocaust papers) that were retrieved on behalf of Burt Neuborne of NYU Law School that belonged to Mr. Edward D. Fagan. Since January 12, 2009, the time of last payment, both NYU and Mr. Fagan have disowned the documents by non-payment.

Clancy-Cullen agrees to receive payments from the Weisshaus family on the account and will release the storage lot when the sum of $4000 has been paid in full.

$500 was received today by check # 1651 from Gizella Weisshaus as a deposit.

Shall Mr. Fagan or NYU object to this agreement it must be made on or before December 31, 2011. Otherwise this letter will constitute as the release and waiver of liabilities and consent to this agreement.

Daniel Clancy for
CLANCY-CULLEN MOVING & STORAGE

*[signature: Daniel Clancy]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————— X

IN RE: HOLOCAUST VICTIMS ASSETS LITIGATION

96-CIV-4849 (ERK)( JO)

09-CIV-3215

——————————————————————— X

IN RE: EDWARD D. FAGAN

——————————————————————— X

# AFFIRMATION OF SERVICE

State of New Milford
§
County of Bergen

Yoel Weisshaus deposes and makes the following affirmation under the penalties of perjury:

I, Yoel Weisshaus, served by regular and certified mail the attached Legal Notice to Edward D. Fagan at 10 Ferncliff Terrace, Short Hills, NJ 07078 and Professor Burt Neuborne, New York University School of Law, 40 Washington Square South, 307, New York, NY 10012. The attached was sent by mail trough a United States Postal Service in a prepaid sealed envelope.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2011

7011 1150 0001 9507 6121

7011 1150 0001 9507 6114

Respectfully submitted,

Yoel Weisshaus
516 River Road 6
New Milford NJ, 07646