UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

IN RE HOLOCAUST VICTIM ASSETS
LITIGATION,

--------------------------------------------------X        JUDGMENT
                                                                         09-CV-3215 (ERK)
                                                                         96-CV-4849 (ERK)

      A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on July 23, 2014, and ordering that the Clerk of Court enter a judgment against Edward D. Fagan and in favor of the Swiss Banks Holocaust Settlement Fund, in the amount of $186,352.50; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Swiss Banks Holocaust Settlement Fund and against Edward D. Fagan, in the amount of $186,325.50.

Dated: Brooklyn, New York                                                   Douglas C. Palmer
       July 24, 2014                                                                  Clerk of Court

                                                                         by:    */s/ Janet Hamilton*
                                                                                        Deputy Clerk