# CLANCY-CULLEN

## MOVING & STORAGE COMPANY, INC.

September 24, 2015

United Stated Court House EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Swiss Holocaust Matters – 09-civ-3215 (ERK)

To whom it may concern,

This is a request to be granted a court order to destroy a shipment of documents related to Swiss Holocaust matters that were left behind and subsequently recovered at the request of NYU from a residence once owned by Edward Fagen.

Mr. Fagen has repeatedly denied responsibility for these papers and has refused to make payment for the incurred storage charges. NYU has also relinquished any responsibility for the documents.

Please confirm this is acceptable or contact me at 718-514-6702 if you have any questions.

Sincerely,

*[signature]*

Daniel Clancy
CLANCY-CULLEN MOVING & STORAGE

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ SEP 28 2015 ★

BROOKLYN OFFICE

# CLANCY-CULLEN

MOVING & STORAGE COMPANY, INC.
4 Warehouse Lane, #135, Elmsford, NY 10523



## CLANCY-CULLEN

MOVING & STORAGE COMPANY, INC.
4 Warehouse Lane, #135, Elmsford, NY 10523

United ~~Stated Court~~ House EDNY
225 Cadman Plaza East
Brooklyn, NY 11201



IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 28 2015

BROOKLYN OFFICE

1120131832 C013